# United States District Court
## For The Western District of North Carolina
## Charlotte Division

Olandus Broadway,

        Plaintiff(s),                    JUDGMENT IN A CIVIL CASE

vs.                                      3:09-CV-356
                                        3:08-CR-10-2

USA,

        Defendant(s).

DECISION BY COURT.  This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's September 9, 2009 Order.

Signed: September 9, 2009

Frank G. Johns, Clerk
United States District Court